the jury might have been inclined to award less damages for pain and suffering.

The ruling of the circuit court as to the admissibility of Defendant's Exhibits Nos. 3 and 5 was incorrect. The judgment is reversed as to damages only and remanded for a new trial on that issue.

Reversed and remanded with directions.

ENGLISH and LORENZ, JJ., concur.

JOHN BRAWKA, Plaintiff-Appellee, v. THE BOARD OF FIRE AND POLICE COMMISSIONERS OF THE VILLAGE OF MELROSE PARK et al., Defendants-Appellants.

(No. 56341;

First District—January 5, 1973.

Walter C. Wellman, of Lyons, and Guerine & Guerine, of Melrose Park, for appellants.

James J. Ahern, of Chicago, for appellee.